UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. 3:16-CR-119

IDONIS GALLO ABORRECZO

Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER (DOC. 21) AND ORDERING THE DEFENDANT RELEASED FROM JAIL

On October 6, 2016, Defendant filed a Motion to Revoke Detention Order (doc. 21). Defendant requested release on bond pending his final disposition of the above captioned case. A hearing was held on October 7, 2016, at which the Court took the matter under advisement. Defendant plans to reside with his parents in Miami, Florida until his final disposition. Defendant is currently in custody at the Shelby County Jail.

The Court having giving consideration, and upon further report from Pretrial Services, finds that Defendant's motion is well-founded and grants Defendant's Motion to Revoke Detention Order (doc. 21). It is further the order of the Court that the Defendant be released from custody on **Monday, October 17, 2016, and transported to Pretrial Services in Dayton, Ohio no later than 10:00 am.** Defendant is to participate in home detention with electronic monitoring and abide by any conditions of release as determined appropriate by Pretrial Services. Order setting conditions of release to be entered separately.

**DONE** and **ORDERED** in Dayton, Ohio, this 14th day of October 2016.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT